# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128443

In re Estate of EDWARD JOSEPH MCCORMICK,
Deceased.

_____/

ERIC A. BRAVERMAN,
        Petitioner-Appellee,

v

                                      SC: 128443
                                      COA: 250361
                                      Wayne Probate: 92-513517-DE

LINDA MCCORMICK,
        Respondent-Appellant.

_____/

On order of the Court, the application for leave to appeal the February 8, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005 _____

d1024

_____
Clerk